# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BETIM KAZIU

DEFENDANT.

**WARRANT FOR ARREST**

CASE NUMBER: 09 660 GLEESON, J. J. ORENSTEIN, M.J.

TO: Special Agent Stefanie Roddy, Detective Austin Crimmins, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest **BETIM KAZIU**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to commit murder in a foreign country and conspiracy to provide material support to terrorists

In violation of Title 18 United States Code, Section(s) 956(a)(1), 956(a)(2), 2339A(a)

The Honorable Ramon Reyes, Jr.
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

September 18, 2009 - Brooklyn, NY
Date and Location

Bail fixed at $ _____ By _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Pristina International Airport, Kosovo and Stewart Airport, Newburgh, NY | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 09/23/2009 | Stefanie Roddy, FBI Special Agent | Stefanie Roddy |