united states District court
Eastern District of New York

united states of America
            v.                 Docket no. 09 Cr 660 (JG)
BeTim kaziu

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 15 2010 ★

BROOKLYN OFFICE

Request for change of counsel

Dear Judge John Gleeson
        I am writing This letter To inform you That I am
dissaTisfied with The performance of my attorneys
Mr. David stein And Henry J. steinglass, with regards
To The conduct of my case. I pray That The court will
relieve my current's counsel and appoint a new
attorney in The hope of constructively advancing The
present matter.

        Thank you in advance for your consideration.
Date:09-08-10

                        Respectfully submitted
                        xBeTim kaziu

Ketim Kaziu
# 77603-053
MCC
150 Park Row
New York. N.Y. 10007

legal mail

To: honorable office John Gleeson
United States District Judge
Eastern District of New York
225.Cadman Plaza
E. Brooklyn.N.Y. 11201

BROOKLYN

SEP 15 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

NEW YORK NY 100

10 SEP 2010

USA FIRST-CLASS FOREVER