

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SDD
F.#2009R01764

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 9, 2011

**Via Email and ECF**

Henry Steinglass, Esq.
299 Broadway, Suite 1802
New York, New York 10007

David Stern, Esq.
Rothman, Schneider, Soloway & Stern, P.C.
100 Lafayette Street, Suite 501
New York, NY 10013

>          Re:   United States v. Betim Kaziu
>                Criminal Docket No. 09-CR-660 (JG)

Dear Sirs,

      The government writes to inform you that, earlier today, we provided to the Classified Information Security Officer ("CISO") classified materials that are arguably discoverable under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny as well as Rule 16 of the Federal Rules of Criminal Procedure. The materials are subject to the Protective Order Regarding Classified Information and the Memorandum of Understanding executed on July 23, 2010 in the above-referenced case. Please contact the CISO if you have any questions regarding the storage, handling or use of this information.

2

The government will supplement this disclosure as appropriate.  Please contact us at your earliest convenience if you have any questions or concerns.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                    By:     /s/
                                        Shreve Ariail
                                        Seth D. DuCharme
                                        Assistant U.S. Attorneys
                                        (718) 254-6616/6021

cc Clerk of Court (JG) via ECF