FILED WITH THE
COURT SECURITY OFFICER
CSO: _Marusso_
DATE: _3/18/11_

DMB:SDD/SA
F.#2009R01764

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BETIM KAZIU,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED EX PARTE, IN CAMERA AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER**

09 CR 660 (JG)

**THE GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS SECOND CLASSIFIED EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**