FILED WITH THE
COURT SECURITY OFFICER
CSO: MACISSO
DATE: 3/31/11

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 3 1 2011 ★

BROOKLYN OFFICE

DMB:SDD
F.#2009R01764

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA          09 CR 660 (JG)

        - against -

BETIM KAZIU,

        Defendant.

------------------------------X

**PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED
INFORMATION PROCEDURES ACT AND RULE 16(d)(1)
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**