```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
         -against-                     :        NOTICE OF MOTION
                                       :
BETIM KAZIU,                           :        Docket No.
                                       :        09 Cr. 660 (JG)
                    Defendant          :
----------------------------------------x
```

SIRS:

PLEASE TAKE NOTICE that, upon the annexed affidavit of David Stern, who along with Henry Steinglass, Esq., is counsel for defendant Betim Kaziu, and upon the accompanying memorandum of law and all proceedings heretofore had herein, defense counsel move this Court, Hon. John Gleeson, District Judge, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an ORDER:

   granting Mr. Kaziu's application to conduct depositions in Kosovo and possibly elsewhere, pursuant to Fed.R.Crim.P. 15(a)(1).

Dated: New York, New York
       April 22, 2011

                                               Yours, etc.

_____                      _____
HENRY STEINGLASS, Esq.                         DAVID STERN, Esq.
299 Broadway, Suite 1802                       Rothman, Schneider,
New York, N.Y. 10007                           Soloway & Stern, LLC
(212) 406-7700                                 100 Lafayette Street
                                               New York, N.Y. 10013
                                               (212) 571-5500

TO: All Counsel (ECF)
    Honorable John Gleeson (ECF)