UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

    -against-

BETIM KAZIU,

             Defendant
------------------------------x

AFFIDAVIT

Docket No.
09 Cr. 660 (JG)

STATE OF NEW YORK  )
                        ) ss:
COUNTY OF NEW YORK )

    DAVID STERN, under penalties of perjury, deposes and says:

    1.  I am an attorney duly admitted to practice law in the State of New York and before this Court, with law offices at 100 Lafayette Street, 5th floor, New York, New York 10013. Along with Henry Steinglass, Esq., I represent Betim Kaziu in this case.

    2.  This affidavit is submitted in support of Mr. Kaziu's motion for an Order granting depositions of witnesses pursuant to Fed. R. Crim. P. 15(a)(1).

    3.  The facts necessary for a determination of the instant motion are set forth in the accompanying memorandum of law and are incorporated herein by reference.

                                                    _____ 4/21/11
                                                    DAVID STERN, Esq.