```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
*********************************
UNITED STATES OF AMERICA,        :
                                 :          **DECLARATION**
        against,                 :          09 CR 660(JG)
                                 :
                                 :
BETIM KAZIU,                     :
                    Defendant.   :
*********************************
```

Henry J. Steinglass declares under penalty of perjury pursuant to 28 U.S.C. Sec. 1746:

1. I am an attorney duly admitted to the practice of law in the State of New York and the United States District Court for the Eastern District of New York.

2. Together with David Stern, I am counsel for Betim Kaziu, the defendant in the above-captioned case.

3. I submit this Declaration in support of the defense motion to suppress physical evidence and for other relief.

4. The factual information upon which this motion is set forth in the accompanying memorandum of law and is incorporated herein by reference. Unless otherwise indicated, this factual information comes from discovery material provided by the prosecution in this case.

Dated: New York, New York
       April 22, 2011

                                          _____
                                          Henry J. Steinglass