Criminal Calendar - Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 5/20/11                                   Time: 10:00Am - 11:00Am

DOCKET NUMBER: 09 CR 660    CASE NAME: USA v. Kaziu

DEFENDANT'S NAME: Betim Kaziu
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Henry J. Steinglass,
Seth D. DuCharme and  ___ Legal Aid ✓ CJA ___ Retained

AUSA: Ali Kazemi                 Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Anthony Frisolone

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.    ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start_____ Stop_____

___ Status conference set for_____ @ _____ Before: Judge_____

___ Pretrial conference set for_____ @ _____ Before: Judge_____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- Discussions held regarding deposition hearings and scheduling issues between this Court and the Kosovo Court.