JAJ:SA/SDD/AK
F.#2009R01764

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BETIM KAZIU, also known as
    "Abdurrahman al Albani,"
    "Abdul Wahab al Albani" and
    "Sayf-Ul-Islam,"

              Defendant.

- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2011 ★

BROOKLYN OFFICE

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 09-660 (S-1)(JG)
(T. 18, U.S.C.,
§§ 924(c)(1)(B)(ii),
924(o), 956(a)(1),
956(a)(2), 2339A(a),
2339B(a)(1), 2 and 3551
et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Murder in a Foreign Country)

1. On or about and between January 1, 2009 and August 28, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant BETIM KAZIU, also known as "Abdurrahman al Albani," "Abdul Wahab al Albani" and "Sayf-Ul-Islam," together with others, did knowingly and intentionally conspire to commit one or more acts outside the United States that would constitute the offenses of murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, and one or more of the conspirators did commit one or more acts within the jurisdiction of the United States to effect an object of the conspiracy.

2. In furtherance of the conspiracy and to effect its objectives, the defendant BETIM KAZIU, also known as "Abdurrahman al Albani," "Abdul Wahab al Albani" and "Sayf-Ul-Islam," knowingly committed and caused to be committed, among others, the following overt acts:

a. On or about February 19, 2009, within the Eastern District of New York, the defendant BETIM KAZIU, along with a coconspirator, boarded a flight at John F. Kennedy Airport from Queens, New York to Cairo, Egypt.

b. On or about May 27, 2009, the defendant BETIM KAZIU sent an email to an individual in the Eastern District of New York to seek assistance in disguising his activities overseas.

(Title 18, United States Code, Sections 956(a)(1), 956(a)(2) and 3551 et seq.)

COUNT TWO
(Conspiracy to Provide Material Support to Terrorists)

3. On or about and between January 1, 2009 and August 28, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant BETIM KAZIU, also known as "Abdurrahman al Albani," "Abdul Wahab al Albani" and "Sayf-Ul-Islam," together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including property, tangible and intangible, and services, including

2

personnel, including himself, knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to commit at a place outside the United States an act that would constitute the offenses of murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, where one or more of the conspirators did commit an act within the jurisdiction of the United States to effect an object of the conspiracy, contrary to Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a) and 3551 et seq.)

### COUNT THREE
(Attempt to Provide Material Support To A Foreign Terrorist Organization)

4. On or about and between January 1, 2009 and August 28, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant BETIM KAZIU, also known as "Abdurrahman al Albani," "Abdul Wahab al Albani" and "Sayf-Ul-Islam," together with others, did knowingly and intentionally attempt to provide material support and resources, as defined in 18 U.S.C. § 2339A(b), including property, tangible and intangible, and services, including personnel, including himself, to a foreign terrorist organization, to wit: al-Shabaab, which has been designated by the Secretary of State as a foreign terrorist organization since

3

February 2008, pursuant to Section 219 of the Immigration and Nationality Act.

(Title 18, United States Code, Sections 2339B(a)(1), 2 and 3551 et seq.)

### COUNT FOUR
(Conspiracy to Use a Firearm)

5. In or about and between January 1, 2009 and August 28, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant BETIM KAZIU, also known as "Abdurrahman al Albani," "Abdul Wahab al Albani" and "Sayf-Ul-Islam," did knowingly and intentionally conspire to use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One through Three, and to possess said firearm in furtherance of such crimes of violence, which firearm was a machinegun.

(Title 18, United States Code, Sections 924(o), 924(c)(1)(B)(ii) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

4

No.

FORM DBD-34
JUN. 85

---

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

---

THE UNITED STATES OF AMERICA

vs.

BETIM KAZIU, also known as "Abdurrahman al Albani," "Abdul Wahab al Albani" and "Sayf-Ul-Islam"

Defendants.

---

# SUPERSEDING INDICTMENT

(T.18, U.S.C. §§ 924(c)(1)(B)(ii), 924(o), 956(a)(1), 956(a)(2), 2339AA(a), 2339B(a)(1), 2 and 3551 et seq.)

*A true bill.*

_____ *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ *Clerk*

*Bail, $* _____

---

*Shreve Ariail, Assistant U.S. Attorney (718) 254-6616*