**Juror #**

**U.S. v. Kaziu**
09-CR-660 (JG)


**THIS PAGE IS THE QUESTIONNAIRE COVER SHEET**


After you are excused, please CALL the following telephone number today after 7:00 p.m. Upon calling, you will receive instructions about the date on which you are to report back to court.  It is extremely important that you know the juror number written on the top of this form when you make your call.  THANK YOU.

Phone number:      1-800-522-5100
Date to call:           Today (June 27, 2011)
Time to call:          After 7:00 p.m.

**Juror #**

**THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED
ONLY TO THE APPROPRIATE COURT PERSONNEL
AS DIRECTED BY THE PRESIDING JUDGE**

**Please print the following information**:

Name:


Home Address:


Home Phone:


Job & Department:


Business Address:


Business Phone (Including Extensions):


I hereby certify that the foregoing information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge.


Date:   June 27, 2011                                              _____
                                                                                    SIGNATURE

**Juror #**

# JUROR QUESTIONNAIRE
# PRELIMINARY INSTRUCTIONS

You must give true and complete answers to all questions. Your responses will be kept confidential. Do not discuss the questions or answers with anyone, including your fellow jurors.

The defendant, Betim Kaziu, has been charged with crimes relating to conspiring to provide material support to terrorists and to engage in attacks against United States troops and others in a foreign country, and attempting to join a foreign terrorist organization. Specifically, the defendant is charged with conspiracy to commit murder in a foreign country, in violation of Title 18, United States Code, Section 956, conspiracy to provide material support to terrorists, in violation of Title 18, United States Code, Section 2339A, attempt to provide material support to the foreign terrorist organization al-Shabaab, in violation of Title 18, United States Code, Section 2339B, and conspiracy to use a firearm in connection with a crime of violence, in violation of Title 18, United States Code, Section 924(o).

Among the allegations in the case is that the defendant attempted, without success, to join the foreign terrorist organization al-Qaeda, and there will be evidence that videotapes depicting Osama bin Laden were seized from the defendant's computer.

The defendant has pleaded not guilty and is presumed to be innocent of these charges.

Please answer each question by placing a check next to the correct response or by providing the information requested. Please try to write as legibly as possible. Do not discuss the questionnaire or your answers with your fellow jurors or anyone else.

There are no "right" or "wrong" answers; just be completely candid and truthful.

3

**Juror #**

# QUESTIONS

1. Do you have any difficulty reading or understanding English?

    ❏ Yes        ❏ No

2. Do you have any physical problem (for example, sight or hearing) that would interfere with your ability to serve?

    ❏ Yes        ❏ No

    If yes, please describe:_____

    _____

3. What is your age? _____

4. Are you: Male _____        Female _____

5. Where were you born?_____

6. Where were your parents born?_____

7. Where were you raised? _____

8. What is your marital status? _____

9. What is your religion, if any? _____

10. Where do you live?

    ❏ Brooklyn   ❏ Queens   ❏ Staten Island   ❏ Nassau   ❏ Suffolk

    City/Town _____   Neighborhood (if any) _____

11. Your schedule: The Court and the parties estimate that after a jury is selected, this case may last approximately two weeks, with the Court sitting Monday through Friday beginning June 28, 2011. Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror.

    Do you wish to apply to the Court to be excused on the ground that jury service would be a serious hardship?

    ❏ Yes        ❏ No

**Juror #**

If <u>yes</u>, briefly explain the hardship:

_____

_____

_____

_____

_____

12. How far did you go in school?_____

13. If you are employed, please answer the following:

    (a) What *type* of work do you do and what *type* of business is it?
    (<u>Please do *not* name your employer.</u>)

    _____

    (b) How long in present job? _____

    (c) Do you supervise others in your job?

        ❏ Yes        ❏ No

14. If retired or unemployed, how long have you been unemployed or retired and what type of work had you been doing previously?

    _____

15. Does anyone else in your household work outside the home? If yes, provide the nature of the relationship (for example, spouse or child) and the *type* of work he or she does (<u>please do *not* name any employer</u>):

    _____

16. Have you or any member of your family or close friends worked or applied for a position in the U.S. Attorney's Office, the New York City Police Department, the Federal Bureau of Investigation, the Joint Terrorism Task Force or any other law enforcement agency?

    ❏ Yes        ❏ No

17. Have you ever been a juror?        ❏ Yes        ❏ No

5

**Juror #**

18. Have you, or has a family member or close friend, ever been a witness to or the victim of a crime?

    ❑ Yes             ❑ No

19. Have you, a family member or close friend ever been stopped, questioned, investigated, arrested or prosecuted by any law enforcement officer or agency?

    ❑ Yes             ❑ No

20. List any news sources (newspapers, radio shows, magazines, websites, or web blogs) that you read, watch or listen to regularly:

    _____

    _____

21. Do you know, or are you familiar with, any of the attorneys working on this case? (Please circle anyone you are familiar with.)

    Shreve Ariail            David Stern
    Seth DuCharme            Henry Steinglass
    Ali Kazemi               Joshua Dratel

    If you indicated that you know, or are familiar with, anyone above, please explain:

    _____

    _____

22. The defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, decides his guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendant has no burden of proof at all.

    Will you accept and apply this rule of law?

    ❑ Yes       ❑ No

    If no, please explain: _____

    _____

6

**Juror #**

23. Under the law, a defendant need not testify or offer any evidence on his or her behalf. If a defendant chooses not to testify, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant has been proven guilty.

    Will you accept and apply these rules of law?

    ❏ Yes        ❏ No

    If <u>no</u>, please explain: _____

    _____

24. Several witnesses in this case will be law enforcement officers. A law enforcement witness's testimony is not to be given any more or less credence than any other witness's testimony simply because that witness is a law enforcement officer.

    Will you accept and apply this rule of law?

    ❏ Yes        ❏ No

    If <u>no</u>, please explain: _____

    _____

25. The evidence in this case may include information provided or obtained by individuals testifying for the government in exchange for benefits, such as a reduced sentence on a crime that the individual has admitted to committing. Although the testimony of these witnesses must be examined with great care, it is entirely appropriate for the government to call them to testify.

    Do you have any beliefs or opinions that would affect your ability to evaluate such testimony from such witnesses fairly and impartially?

    ❏ Yes        ❏ No

    If <u>yes</u>, please explain: _____

    _____

**Juror #**

26. Have you read any articles or seen any news programs regarding this case or any of the parties (i.e., the defendant or the lawyers)?

    ❏ Yes        ❏ No

    If yes, what did the article(s) or program(s) say about this case?

    _____

    _____

27. In your opinion, is there anything about this case, the issues, and/or the people involved in this case that might hinder you, *even slightly*, from being an impartial juror?

    ❏ Yes        ❏ No

    If yes, please describe: _____

    _____