UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                  :
:            ORDER ON ANONYMOUS JURY
:
   - against -                                    :            09-CR-660 (JG)
:
BETIM KAZIU,                                     :
:
                              *Defendant.*    :
------------------------------------------------------------x

JOHN GLEESON, United States District Judge:

       In light of my June 17, 2011 Order granting the government's motion for an anonymous jury, it is hereby ORDERED as follows:

1. Names of prospective jurors will not be disclosed to the parties, but will be kept sealed by the Case Coordinator, with a numbering system provided to distinguish prospective jurors from jurors selected to serve.

2. The specific residence addresses of prospective jurors will not be disclosed. Only the county and general area of residence will be disclosed to the parties.

3. The specific names and addresses of employers of all prospective jurors will not be disclosed. Only the general nature of their employment will be revealed.

4. Jurors selected for service will be kept in the custody of the United States Marshal from the time of their arrival at the courthouse until the end of each day.

5. Before the start of each day of the trial, the jurors will be picked up at undisclosed locations by the United States Marshal and transported to the courthouse and to the jury room of the courtroom in which this trial will be held.

6. At the end of each day, the jurors will be transported by the United States Marshal from the courthouse to undisclosed locations from which they will depart for their respective homes and communities.

So Ordered.

John Gleeson, U.S.D.J.

Dated: Brooklyn, New York
June 22, 2011