Sep. 8, 2011

Betim Kaziu
Reg No. 77603-053
Metropolitan Correctional Center
150 Park Row

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2011 ★
BROOKLYN OFFICE

The Honorable John Gleeson
United States District Judge
United States Courthouse
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Betim Kaziu
Docket No. 09 CR-660 (JG)

Dear Judge Gleeson,

This is to inform you that since my trial ended two months ago, I have not even recieved the trial transcripts or had a single meeting with my lawyers to discuss the motions that are due in a week. This is despite numerous communications with my lawyers seeking there assistance.

I have informed Josh Dratell that he is my sole representative for the upcoming motions. It seems that Mr. Dratell did not inform David of my decision because David came to visit me with the pre sentencing investigators on 9/6/2011 and I refused to participate in the meeting because the lawyer I decided to retain was not present. David agreed that he would ask for an extension to the motion scednele next week

and I wanted to make sure that I communicated my request for an extension in writing.

thank you in advance for your consideration.
sincerely, Betty Kasin