UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA                    :          09 Cr. 00660 (JG)

           – against –                      :          Filed Electronically

                                                       NOTICE OF MOTION FOR
BETIM KAZIU,                                :          JUDGMENT OF ACQUITTAL
                                                       PURSUANT TO RULE 29 (c),
                                                       FED.R.CRIM.P.

                    Defendant.              :

----------------------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq.,

the accompanying Memorandum of Law, and all prior papers and proceedings herein, the

defendant, BETIM KAZIU, will move before the Honorable John Gleeson, United States District

Judge for the Eastern District of New York, at the United States Courthouse located at 225

Cadman Plaza East, Brooklyn, New York 11201, as soon as counsel may be heard, for the

following relief:

        (a)     a judgment of acquittal on all four counts of conviction pursuant to Rule 29 (c),

                Fed.R.Crim.P.; and

for any such other and further relief as to the Court seems just and proper.

Dated: 16 September, 2011
      New York, New York

                          Respectfully submitted,


                           /S/ Joshua L. Dratel
                          Joshua L. Dratel
                          Dratel & Mysliwiec, P.C.
                          Two Wall Street
                          Third Floor
                          New York, New York 10005
                          (212) 732-0707
                          jdratel@dratelmys.com

                          David Stern
                          Rothman Schneider Soloway & Stern LLP
                          100 Lafayette Street
                          Suite 501
                          New York, New York 10013
                          (212) 571-5500
                          dstern@rssslaw.com

                          Henry J. Steinglass
                          299 Broadway
                          Suite 1802
                          New York, New York 10007
                          (212) 406-7700
                          hjsteinglasslaw@earthlink.net

                          *Attorneys for Defendant Betim Kaziu*



To:    CLERK OF THE COURT

        UNITED STATES ATTORNEY
        EASTERN DISTRICT OF NEW YORK

        ALL DEFENSE COUNSEL