LAW OFFICES OF

**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL                                                          STEVEN WRIGHT
AARON MYSLIWIEC                                                            *Office Manager*
—                                                                          RYAN DUFFEY
ALICE L. FONTIER                                                              *Paralegal*
STUART A. WHITE
LINDSAY A. LEWIS

October 3, 2011

**BY ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *United States v. Kaziu*,
                          09 Cr. 660 (JG)

Dear Judge Gleeson:

      This letter is in regard to sentencing in the above-entitled matter, and in particular the Court's Order, dated September 29, 2011, but filed via ECF earlier today, directing the Probation Department to complete the Pre-Sentence Report without interviewing the defendant as soon as possible. Prior to the filing of that Order, I visited Mr. Kaziu this morning, and explained to him the nature and purpose of the pre-sentence interview by the Probation Officer. As a result, he authorized me to contact the Probation Officer and re-schedule the interview. I called David Stern, Esq., to learn the identity and contact information for the Probation Officer, but have not yet heard back from Mr. Stern (who was not in his office).

      Consequently, it is respectfully requested that the Court permit Mr. Kaziu to proceed with the customary pre-sentence interview, and that completion of the Pre-Sentence Report await that interview and the ordinary process that ensues therefrom (*i.e.*, verifying information and

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. John Gleeson
United States District Judge
Eastern District of New York
October 3, 2011
Page 2 of 2

contacting family members, etc.).  As the sentencing has been adjourned by the Court until December 9, 2011, allowing for the interview should not further delay completion of the Pre-Sentence Report.

Respectfully Submitted,

Joshua L. Dratel

JLD/rd