LAW OFFICES OF
# DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL  
AARON MYSLIWIEC  
—  
ALICE L. FONTIER  
STUART A. WHITE  
LINDSAY A. LEWIS  

STEVEN WRIGHT  
*Office Manager*  
RYAN DUFFEY  
*Paralegal*

January 16, 2012

**BY ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Kaziu*,
           09 Cr. 660 (JG)

Dear Judge Gleeson:

      This letter is in regard to defendant Betim Kaziu's sentencing, which is scheduled for Friday, January 20, 2012, at 2 p.m. For the reasons set forth below, it is respectfully requested that the sentencing be adjourned for a short period of at least two weeks. I have contacted by e-mail the Assistant United States Attorneys handling this case, and have been informed by AUSA Ali Kazemi that the government does not object to this application.

      As a threshold matter, the final Pre-Sentence Report (hereinafter "PSR"), with its Addendum, have not been circulated yet by the Probation Department. As Rule 32(g), Fed.R.Crim.P., prescribes, the final PSR must be disseminated to the defense and prosecution no less than seven days prior to sentencing. Beyond that technical issue, it is also impossible to finalize Mr. Kaziu's sentencing submission absent review of the final PSR and Addendum.

      In addition, Mr. Kaziu has informed me that additional materials from his family are expected with respect to his sentencing, but that due to a mis-communication they have not yet been provided to me. In that context, it is respectfully requested that the adjournment also be granted to permit such materials to be provided and incorporated in Mr. Kaziu's sentencing submission.

      Moreover, as has been the case throughout, Mr. Kaziu wishes to review the sentencing

LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**

Hon. John Gleeson
United States District Judge
Eastern District of New York
January 16, 2012
Page 2 of 2

submission before it is filed.  However, I cannot visit him at MCC until late Wednesday at the earliest because I am traveling to Atlanta for a client meeting tomorrow morning until Wednesday afternoon.  Thus, I cannot review with him the sentencing submission, or even the PSR, which of course Rule 32(i)(1)(A) requires be presented to him for reading and discussion, sufficiently prior to sentencing for the submission to be filed in time to afford the Court adequate time to consider it.  Also, as noted **ante**, the government does not object to this request.

      Accordingly, for the reasons set forth above, it is respectfully requested that the Court adjourn Mr. Kaziu's sentencing for at least two weeks.

Respectfully Submitted,

Joshua L. Dratel

JLD/rd

cc:    Shreve Ariail
       Assistant United States Attorney
       (Via ECF)