LAW OFFICES OF

# DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL  
AARON MYSLIWIEC  
—  
ALICE L. FONTIER  
LINDSAY A. LEWIS

STEVEN WRIGHT  
*Office Manager*  
RYAN DUFFEY  
*Paralegal*

January 26, 2012

**BY ECF**

The Honorable John Gleeson  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re:   *United States v. Kaziu*,
      09 Cr. 660 (JG)

Dear Judge Gleeson:

    This letter is in regard to the sentencing of Betim Kaziu, whom I, along with David Stern, Esq., and Henry J. Steinglass, Esq., represent. Moments ago I filed via ECF the sentencing submission prepared on Mr. Kaziu's behalf. However, Mr. Kaziu has instructed me to request a 30-day adjournment of his sentencing in order to permit his family to submit letters on his behalf. I have spoken to Assistant United States Attorney Ali Kazemi, who has informed me that the government does not object to this request.

                                                      Respectfully submitted,

                                                      Joshua L. Dratel

JLD/  
cc:    Shreve Ariail  
       Assistant United States Attorney  
       (Via Electronic Mail)